# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| United States of America<br>v.<br><br>DAVID BUTZIGER (DOB: 1968)<br><br><br>*Defendant(s)* | )<br>)<br>)  Case No.   1:20MJ33LDA<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   April 6, 2020 through April 27, 2020   in the county of _____ in the _____ District of   Rhode Island  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371; | Conspiracy to Make False Statement to Influence the SBA; |
| 18 U.S.C. § 1349; and | Conspiracy to Commit Bank Fraud; and |
| 18 U.S.C. § 1344(2) | Bank Fraud |

This criminal complaint is based on these facts:

See the attached Affidavit of Special Agent Christina Grady, of the Federal Bureau of Investigation ("FBI").

☑ Continued on the attached sheet.

*Special Agent Christina Grady - FBI*
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   05/04/2020

*Judge's signature*

City and state:   Providence, Rhode Island   Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*